UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MID-NEW YORK ENVIRONMENTAL AND
SUSTAINABILITY PROMOTION
COMMITTEE, INC., d/b/a NYenvironcom;
ROBERT MAJCHER; GRACE WOODARD;
and ALEX SCILLA,

                    Plaintiffs,

    -against-                                  22 **CIVIL** 513 (VB)

                                                        **JUDGMENT**

DRAGON SPRINGS BUDDHIST, INC.,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       December 28, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                    **Clerk of Court**

                                        **BY:**    *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**