**MANDATE**

Case 7:22-cv-00513-VB   Document 57   Filed 07/05/23   Page 1 of 1   22-cv-0513(VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 05 2023

### UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand and twenty-three,

_____

Mid-New York Environmental and Sustainability Promotion Committee, Inc., DBA NYenvironcom, Robert Majcher, Grace Woodward, Alex Scilla,

    Plaintiffs - Appellants,

v.

Dragon Springs Buddhist, Inc.,

    Defendant - Appellee.

_____

**ORDER**
Docket Number: 23-100

A notice of appeal was filed on January 23, 2023. Appellant's Forms C and D were due February 6, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 11, 2023 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/05/2023